**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00105-CV**

_____

**ODC, LP, COMMUNIS, LLC, AND BRENT L. MAINWARING,**
**Appellants/Cross-Appellees**

**V.**

**MEDICAL IMAGING SOLUTIONS GROUP INC. OF TEXAS,**
**Appellee/Cross-Appellant**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-194,217**

**MEMORANDUM OPINION**

The Appellants, ODC, LP, Communis, LLC, and Brent L. Mainwaring, and the Cross-Appellant, Medical Imaging Solutions Group Inc. of Texas, filed a joint motion to dismiss this appeal with prejudice. No other party filed a notice of appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

1

APPEAL DISMISSED.

 

 

_____
LEANNE JOHNSON
Justice

Submitted on July 19, 2017
Opinion Delivered July 20, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.